IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Bobbie Knapp,**

    **Plaintiff,**

v.                                       Case No. 2:10-cv-388

**Commissioner of Social Security,**       Judge Michael H. Watson
                                                       Magistrate Judge King
    **Defendant.**

## ORDER

On July 21, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed. *Report and Recommendation*, ECF No. 16. Although the parties were advised of their right to object and of the consequences of their failure to do so, there has been no objection. *See Report and Recommendation* 7, ECF No. 16.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).[1]

**IT IS SO ORDERED.**

                                                                            */s/ Michael H. Watson*
                                                                     **MICHAEL H. WATSON, JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**

---

[1]Sentence four of 42 U.S.C. § 405(g) states:

The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.